GEORGE S. SCOTT et al., Respondents, *v.* JANE R. STOCKWELL, Administratrix, etc., et al., Appellants.

(Argued June 12, 1883 ; decided June 26, 1883.)

*Ira D. Warren* for appellants.

*A. J. Vanderpoel* and *Adolphus D. Pape* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

In the Matter of the Petition of WILLIAM LEONARD to Vacate an Assessment.

(Argued June 19, 1883 ; decided June 26, 1883.)

*P. A. Hargous* for appellant.

*D. J. Dean* for respondent.

Agree to dismiss appeal on the ground that the order appealed from is not final; no opinion.
All concur, except ANDREWS, J., absent.
Appeal dismissed.

---

THE DIAMOND MATCH COMPANY, Respondent *v.* WILLIAM ROEBER, Appellant.

(Argued June 19, 1883 ; decided June 26, 1883.)

*Edward P. Wilder* for appellant.

*Edward Patterson* for respondent.

Agree to dismiss appeal ; no opinion.
All concur, except ANDREWS, J., absent.
Appeal dismissed.